IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE

Plaintiff,

v.

THE OHIO STATE UNIVERSITY, et al.

Defendants

Case No. 2:15-cv-02830-GLF-TPK

ENTRY RE:

PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY AS JOHN DOE

This matter came before the Court on the Motion of Plaintiff John Doe for leave to proceed anonymously.

The Court has balanced the public's common law right of access to court proceedings against the interests of litigants in nondisclosure. *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004). The Court finds that the circumstances of this case are such that requiring the Plaintiff to proceed under his name would disclose information of the utmost personal intimacy, including education records protected from disclosure by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g; 34 CFR Part 99. The Court further finds that the plaintiff's interest outweighs the public policy in favor of public access to judicial records.

Accordingly, the Motion is GRANTED. Plaintiff is granted leave to proceed anonymously and the parties shall only refer to the Plaintiff as "John Doe."

SO ORDERED

_____
Judge, United States District Court