# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN DOE,**

    **Plaintiff,**

    **v.**

**THE OHIO STATE UNIVERSITY, et al.,**

    **Defendants.**

**Case No. 2:15-cv-2830**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Terence P. Kemp**

## ORDER

In light of the filing of the amended complaint (ECF No. 44), the pending motion to dismiss (ECF No. 28) is moot. The Court therefore **ORDERS** the Clerk to terminate this motion on the docket as moot. Defendants are free to file new motions targeting the operative amended complaint.

    **IT IS SO ORDERED.**

                                   /s/ Gregory L. Frost
                                   GREGORY L. FROST
                                   UNITED STATES DISTRICT JUDGE