**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | **Case No. 2:15-CV-2830** |
| **v.** | **:** | |
| | **:** | **JUDGE ALGENON L. MARBLEY** |
| **THE OHIO STATE UNIVERSITY, et al.,** | **:** | |
| | **:** | **Magistrate Judge Kemp** |
| **Defendants.** | **:** | |

<u>**ORDER**</u>

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley currently holds a position on the Board of Trustees for The Ohio State University.  The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**


  **s/Algenon L. Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATE: May 2, 2016**