IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 2:15-cv-02830 |
| Plaintiff, | JUDGE GRAHAM |
| v. | Magistrate Kemp |
| THE OHIO STATE UNIVERSITY, ET AL | ENTRY RE: |
| Defendants | UNOPPOSED MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT UNDER SEAL |

This matter came before the Court on the Unopposed Motion of Plaintiff John Doe for leave to file the Proposed Second Amended Complaint in this matter under seal.

For good cause shown, the Motion is GRANTED. John Doe is granted leave to file the Proposed Second Amended Complaint under seal.

SO ORDERED.

/s/ Terence P. Kemp
~~UNITED STATES DISTRICT JUDGE~~
XXXXXXXXXXXXXXXXXXXXXXXXX
United States Magistrate Judge

1