```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF OHIO
                             EASTERN DIVISION
```

John Doe,                           :

      Plaintiff,              :

  v.                                :     Case No. 2:15-cv-2830

                                                      :     JUDGE GREGORY L. FROST
The Ohio State University,                Magistrate Judge Kemp
et al.,                             :

      Defendants.             :


<u>ORDER</u>

    Defendant has filed a motion to stay the Court's order of February 21, 2016, pending reconsideration by the District Judge. The motion sets forth good cause and the motion (Doc. 100) is therefore granted.

                                             <u>/s/ Terence P. Kemp</u>
                                             United States Magistrate Judge