IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Doe, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:15-cv-2830 |
| | : | JUDGE GREGORY L. FROST |
| The Ohio State University, et al., | : | Magistrate Judge Kemp |
| Defendants. | : | |

## ORDER

Defendants have filed a supplemental memorandum in support of their three motions seeking to file certain documents under seal. Based on the information contained in the supplemental memorandum, the Court finds that the motions to seal set forth good cause and the motions (Docs. 106, 108, and 109) are therefore granted. Defendants shall file a redacted version of the motion for summary judgment on the public record.

/s/ Terence P. Kemp
United States Magistrate Judge