**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| John Doe, | : | |
| Plaintiff. | : | Case No. 2:15-cv-02830 |
| vs. | : | Judge James L. Graham |
| The Ohio State University, et al., | : | Magistrate Terence P. Kemp |
| Defendant. | : | |

## ORDER AND ENTRY GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT UNDER SEAL

This matter having come before the Court on the Defendants' unopposed motion, the Court finds the motion well-taken and it is hereby GRANTED.

Defendants are granted leave to file their Reply in Support of Summary Judgment under seal with a redacted version of the Reply filed on the public record.

IT IS SO ORDERED.

/s/ Terence P. Kemp
UNITED STATES MAGISTRATE JUDGE

475493