# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| John Doe, | : | |
| Plaintiff. | : | Case No. 2:15-cv-02830 |
| vs. | : | Judge James L. Graham |
| The Ohio State University, et al., | : | Magistrate Chelsey Vascura |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants The Ohio State University, Javaune Adams-Gaston, Kellie Brennan, Natalie Spiert and Matthew Page, by and through counsel, stipulate and agree that the above captioned matter has been resolved and all claims that were brought or could have been brought herein are dismissed with prejudice.  Each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**MICHAEL DEWINE (0009181)**
**Ohio Attorney General**

| | |
|---|---|
| /s/ Christina L. Corl | /s/ Joshua A. Engel |
| CHRISTINA L. CORL (0067869) | JOSHUA ENGEL  (0075769) |
| Plunkett Cooney | Engel & Martin LLC |
| 300 East Broad Street, Suite 590 | 4660 Duke Drive, Suite 101 |
| Columbus, Ohio 43215 | Mason, OH 45040 |
| Telephone:   (614) 629-3018 | Telephone:  (513) 445-9600 |
| Facsimile:     (614) 629-3019 | engel@engelandmartin.com |
| ccorl@plunkettcooney.com | *Counsel for Plaintiff* |
| *Counsel for Defendants* | |